**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 9/30/2021 |

# MEMORANDUM ENDORSED

September 30, 2021

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Judge
Thurgood Marshall United State Courthouse
500 Pearl Street, 12C
New York, New York 10007

        RE: *United States v. Maxiel Link*
           <u>1:21-CR-*00581-GHW-3*</u>

Honorable Woods;

  I, Dawn M. Florio, attorney at law, represent Maxiel Link on the above case matter. As per the Agreed Release Conditions (Doc. 10) dated 9/9/21, it states that Ms. Link's travel is restricted to SDNY/EDNY/DNJ, a Fort Lee Resident, no visits to Audubon Avenue between 192 and 184 streets (East Side of Manhattan) without PTS approval, no contact with co-defendants except in presence of counsel and her. Ms. Link had requested to move back to her mother's residence located at 282 Cabrini Blvd, New York, NY 10040 on the West Side of Manhattan since it is not located where the crime occurred.

  I have spoken to AUSA Elizabeth Espinosa and she does not oppose and Pretrial Service Officer Marlon Ovalles consent to this request.

  I am requesting that this application be acknowledged and considered.

Application granted. To the extent that the pre-trial release conditions can be read to mandate that the defendant reside in Ft. Lee, that condition of her pretrial release is modified to permit the defendant to reside with her mother at the address identified in this letter. Except as expressly modified by this order, the conditions of the defendant's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26. SO ORDERED.
Dated: September 30, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

CC: AUSA
Pretrial Officer Marlon Ovalles