DAWN M. FLORIO LAW FIRM, PLLC
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/2022

**MEMORANDUM ENDORSED**        January 18, 2022

*VIA ECF*
Honorable Gregory H. Woods
United States District Judge
Thurgood Marshall United State Courthouse
500 Pearl Street, 12C
New York, New York 10007

        RE:   *United States v. Maxiel Link*
                1:21-CR-00581-GHW-3

Honorable Woods;

    I, Dawn M. Florio, attorney at law, represent Maxiel Link on the above case matter. I am requesting Maxiel Link be allowed to travel to Miami, Florida to visit her sister that is suffering the loss of her children's father. Ms. Link will be assisting her sister on her day to day activities with her children. She will be leaving Saturday, January 22, 2022 and returning Saturday, January 30, 2022.

    I have spoken to AUSA Elizabeth Espinosa and she defers to Pretrial Trial Services. Pretrial Officer Stephen Boose has no objection to this request.

    I am requesting that this application be acknowledged and considered.

                                         Sincerely,

                                         Dawn M. Florio

                                         Dawn M. Florio, Esq.

CC:    AUSA Elizabeth Espinosa
          Pretrial Officer Stephen Boose

Application granted. The Court grants Ms. Link leave to travel to visit her sister, who is suffering from a loss. The Court understands that Ms. Link will be assisting her sister in the sister's day-to-day activities with her children. The conditions of Ms. Link's pretrial release are modified as follows: Ms. Link may travel to Miami, FL on Saturday January 22, 2022, and must return no later than Sunday, January 30, 2022. Ms. Link is directed to provide her itinerary to her pretrial services officer. All other conditions of her release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.
SO ORDERED.
Dated: January 18, 2022

                                                          GREGORY H. WOODS
                                                       United States District Judge