```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :
                  -v-                                       :
                                                            :
                                                            :
   MAXIEL LINK,                                             :
                                  Defendant.                :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022

1:21-cr-581-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for October 28, 2022 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge