

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

October 28, 2022

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Maxiel Link*, 21 Cr. 581 (GHW)

Dear Judge Woods:

The parties write jointly to respectfully request a one-week adjournment of pretrial filing deadlines in this case, currently due on October 31, 2022, in light of the defendant's change of plea conference that is scheduled for November 4, 2022, at 2:00 p.m. The scheduled change of plea would render any pretrial filings unnecessary. In the event the change of plea conference does not occur on November 4, 2022 as schedule, the parties request leave to make any pretrial filings by November 7, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

Application granted. The Court will hold a change of plea hearing in this case on November 4, 2022 at 2:00 p.m. The deadline for the submission of pretrial filings is extended to November 7, 2022. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 56.

SO ORDERED.

Dated: October 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge