

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2023

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2023
```

Re:  *United States v. Maxiel Link*, 21 Cr. 581 (GHW)

Dear Judge Woods:

The parties write jointly to respectfully request that the sentencing of the defendant currently scheduled for Monday, February 27, be adjourned and request that a conference be scheduled in late March 2023. In light of recent Department of Justice guidance relating to charging mandatory minimum offenses in narcotics cases, the Government has agreed to offer the defendant a revised plea agreement to a lesser included offense, in violation of Title 21, United States Code, Sections 841(b)(1)(C) and 846 and understands that the defendant wishes to accept that plea. Consequently, the parties jointly request that the Court schedule a proceeding at which the defendant will move to withdraw her prior guilty plea and enter a plea to a new plea agreement. The Government understands that defense counsel just began a homicide trial but will be available in late March for this proceeding.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

Application granted. The sentencing hearing scheduled for February 27, 2023, and the associated deadlines for the submission of sentencing materials are adjourned *sine die*. The Court will hold a status conference on March 27, 2023, at 10:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 82.

SO ORDERED.

Dated:  February 24, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge