**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

## MEMORANDUM ENDORSED

July 10, 2023

*VIA ECF*
Honorable Gregory H. Woods
United States District Judge
Thurgood Marshall United State Courthouse
500 Pearl Street, 12C
New York, New York 10007

RE:     *United States v. Maxiel Link*
        *1:21-CR-00581-GHW-3*

Honorable Woods;

   I, Dawn M. Florio, attorney at law, represents Maxiel Link on the above case matter for sentencing on July 20, 2023 @ 10am.

   I am requesting a postponement of the sentencing currently scheduled for July 20, 2023.  I was ordered to start a Murder Trial in Queens in front of Honorable Justice Yavinsky on People v. William Daniels on July 11, 2023, in which I should be done by the beginning of August.  I am asking for your Honor to set a new date for anytime after August 7, 2023.

   AUSA Elizabeth Espinosa consents to the request of adjourning Ms. Link's sentencing.  I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected.  I am requesting that this application be acknowledged and considered.

   Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Application granted.  The sentencing hearing scheduled in this matter for July 20, 2023 is adjourned to August 24, 2023 at 2:00 p.m.  The defendant's sentencing submissions are due no later than August 10, 2023; the Government's sentencing submissions are due no later than August 17, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 95.

SO ORDERED.

Dated:  July 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Maxiel Link*